JJH/2005R00853

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 07- 213(GEB) |
| v. | : | 18 U.S.C. § 1349 |
| STEVEN MARK | : | INFORMATION |

The defendant having waived in open court prosecution by indictment, the United States Attorney for the District of New Jersey charges:

Defendants and Entities

1. At all times relevant to this Information:

a. There were three individuals, identified hereinafter as co-conspirator 1 ("CC-1"), a resident of Dade County, Florida, co-conspirator 2 ("CC-2"), a resident of Palm Beach County, Florida, and co-conspirator 3 ("CC-3"), a resident of Montreal, Canada, who conspired to defraud financial institutions by fraudulently depositing into various corporate bank accounts checks purportedly received from customers of a telemarketing business, and then withdrawing those funds from the victim banks knowing the deposited checks were, in fact, not obtained from consenting telemarketing customers. CC-1, CC-2 and CC-3 opened bank accounts, and caused others to open bank accounts, in the names of corporate entities, which were then used to effect the scheme to defraud.

b. Defendant STEVEN MARK, a resident of Monmouth County, New Jersey, with a place of business in Middlesex County, New Jersey, was recruited by CC-1 and CC-2, to open a corporate bank account, into which false and fraudulent checks were deposited, and from which defendant MARK was directed by his co-conspirators to transfer the ill-gotten

funds to an account controlled by CC-1 and CC-2.

c. Sovereign Bank was a financial institution, as defined in Title 18, United States Code, Section 20, whose deposits were insured by the FDIC, which was defrauded by defendant MARK and his co-conspirators in the manner set forth herein.

d. SunTrust Bank was a financial institution, as defined in Title 18, United States Code, Section 20, whose deposits were insured by the FDIC, which defendant MARK and his co-conspirators attempted to defraud in the manner set forth herein.

e. Wyncrest Consulting was a New Jersey corporation, incorporated on or about February 18, 2005 by STEVEN MARK for the purpose of opening a corporate bank account, which was then used to effect the scheme to defraud in the manner set forth herein.

f. American Payment Inc., was a Florida corporation, incorporated on or about October 29, 2004 by CC-1 for the purpose of opening a corporate bank account, which was then used to effect the scheme to defraud in the manner set forth herein.

The Conspiracy

2. From in or about October, 2004 to in or about July, 2005, in Monmouth and Middlesex Counties, in the District of New Jersey, and elsewhere, the defendant,

STEVEN MARK,

did knowingly and willfully conspire and agree with CC-1, CC-2, CC-3 and others to execute and attempt to execute a scheme and artifice to defraud Sovereign Bank and SunTrust Bank, and to obtain moneys, funds, and assets owned by, and under the custody and control of, Sovereign Bank and SunTrust Bank, by means of materially false and fraudulent pretenses, representations, and promises, contrary to Tile 18, United States Code, Section 1344.

3. The object of the conspiracy was to defraud Sovereign Bank and SunTrust Bank out of money, funds, and assets by fraudulently depositing into a Sovereign Bank corporate account checks purportedly received from customers of a telemarketing business, and then withdrawing those funds from Sovereign Bank knowing the deposited checks were not obtained from consenting telemarketing customers, and thereafter transferring those funds to a corporate account opened at SunTrust Bank.

4. It was part of the conspiracy that on or about February 18, 2005, Defendant STEVEN MARK, at the direction of CC-1 and CC-2, incorporated Wyncrest Consulting, in the State of New Jersey, for the purpose of opening bank accounts in the name of Wyncrest Consulting to be used to further the scheme and artifice to defraud.

5. It was further part of the conspiracy that on or about June 10, 2005, at the direction of CC-1 and CC-2, Defendant STEVEN MARK opened business checking account No. 2351081617-0 at Sovereign Bank in Old Bridge, New Jersey, in the name of Wyncrest Consulting (hereinafter "Sovereign Wyncrest Account").

6. It was further part of the conspiracy that on or about June 13, 2005, CC-1, CC-2 and CC-3 caused two deposits to be made into the Sovereign Wyncrest Account: the first deposit consisted of 547 checks in amounts ranging from $299-$349,and totaled approximately $168,903.00; the second deposit consisted of 568 checks in the amount of $349, totaling approximately $198,232.00. These checks were drawn upon accounts that were non-existent, closed, contained insufficient funds, or the accounts of unwitting individuals who did not authorize the withdrawal.

7. It was further part of the conspiracy that on or about June 20, 2005, Defendant

STEVEN MARK, at the direction of CC-1 and CC-2, attempted to transfer funds from the Sovereign Wyncrest Account to an account in the name of American Payment Inc., at Suntrust Bank, which was opened by CC-1 and CC-2 on or about February 15, 2005. This attempted transfer of funds was unsuccessful because Sovereign Bank, on or about June 17, 2005, froze the Sovereign Wyncrest Account due to suspicious activity.

In violation of Title 18, United States Code, Section 1349.

CHRISTOPHER J. CHRISTIE
United States Attorney

**CASE NUMBER: _____**

# United States District Court
# District of New Jersey

**UNITED STATES OF AMERICA**

**v.**

**STEVEN MARK**

# INFORMATION FOR

18 U.S.C. § 1349

**CHRISTOPHER J. CHRISTIE**
*U.S. ATTORNEY NEWARK, NEW JERSEY*

JOHN J. HOFFMAN
*ASSISTANT U.S. ATTORNEY*
*TRENTON, NEW JERSEY*
*609-989-2190*